```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF NEW HAMPSHIRE
```

United States of America

    v.                            Case No. 13-cv-143-PB

$3,108.00 US Currency et al.


**O R D E R**

I recuse myself from presiding over this case as Mark Sisti has appeared for the defendants. The case shall be assigned to another judge.

SO ORDERED.

                                          /s/Paul Barbadoro
                                          Paul Barbadoro
                                          United States District Judge

May 15, 2013

cc:  Robert Rabuck, Esq.
     Mark Sisti, Esq.