UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

United States of America

    v.                                      Civil No. 13-cv-143-JL

$3,108.00 U.S. Currency, et al.

**O R D E R**

In advance of the pretrial conference scheduled for September 10, 2013, the court has reviewed the parties' proposed discovery plan (doc. no. 17). The court notes that, although P.T., III, a pro se minor claimant, has a guardian, P.T. is not represented by counsel. A guardian of a minor may not provide legal representation to a minor in federal court. BK v. Toumpas, 909 F.Supp.2d 60, 63 n.2 (D.N.H. Nov. 14, 2012). Accordingly, on or before September 9, 2013, an attorney representing P.T. must file an appearance in this case.

    SO ORDERED.

_____
Landya McCafferty
United States Magistrate Judge

August 14, 2013

cc: Robert J. Rabuck, Esq.
    Mark L. Sisti, Esq.
    Brad Ashley, pro se
    P.T., III, pro se
    Elizabeth J. Thompson, pro se